# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY DARLAND,<br><br>Defendant. | Case No. CR04-2010<br><br>**ORDER FOR DETENTION** |

On the 27th day of March 2012, this matter came on for hearing on the Government's oral request made at the initial appearance on March 22, 2012 to have Defendant detained pending hearing on the Petition for Warrant or Summons for Offender Under Supervision (docket number 30) filed by the Government on March 20, 2012. The Government was represented by Assistant United States Attorney Peter E. Deegan, Jr. Defendant Tommy Darland appeared personally and was represented by his attorney, E. Daniel O'Brien. For the reasons stated by the Court on the record at the time of hearing, the Court finds that Defendant should be detained pending a final revocation hearing.

## ORDER

IT IS THEREFORE ORDERED that the Government's oral request for detention is hereby **GRANTED**. The Defendant shall be detained pending further proceedings on the petition for revocation.

DATED this 27th day of March, 2012.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA